JOSEPH BELL, Respondent, *v.* HENRY HARRISON, Appellant.

(Submitted April 28, 1876; decided May 30, 1876.)

THE judgment in this case was reversed for error in receiving evidence of the acts and declarations of a third person whom the court held not to be the agent of defendant or authorized to speak for him.

*Britton, Ely & Snell* for the appellant.

*A. H. & W. E. Osborne* for the respondent.

ALLEN, J., reads for reversal and new trial.
All concur.
Judgment reversed.